ACCEPTED
03-13-00350-CV
4669386
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 10:55:52 AM
JEFFREY D. KYLE
CLERK

**No. 03-13-00350-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 10:55:52 AM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

**3109 PROPS, L.L.C.; DETOUR, INC.; AND
RICHARD LINKLATER,**

*Appellants*

**V.**

**TRUCK INSURANCE EXCHANGE,**

*Appellee*

Appeal from Cause No. D-1-GN-12-001093
In the 200th District Court of Travis County, Texas
The Honorable Stephen Yelenosky, Presiding

**APPELLEE TRUCK INSURANCE EXCHANGE'S
NOTICE OF APPEARANCE
AND DESIGNATION OF LEAD APPELLATE COUNSEL**

Levon G. Hovnatanian
Texas Bar No. 10059825
*hovnatanian@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Robert F. Scheihing
Texas Bar No. 17736350
*bscheihing@adamilaw.com*
ADAMI, SHUFFIELD, SCHEIHING &
BURNS, P.C.
SWBC Tower
9311 San Pedro Avenue, Suite 900
San Antonio, Texas 78216
210-344-0500 (Telephone)
210-344-7228 (Facsimile)

**TO THE HONORABLE COURT OF APPEALS:**

Comes now the appellee—Truck Insurance Exchange—and files this Notice of Appearance and Designation of Lead Appellate Counsel. Truck Insurance Exchange hereby designates the following individual as its lead appellate counsel:

Levon G. Hovnatanian
*hovnatanian@mdjwlaw.com*
State Bar No. 10050925
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700—Telephone
(713) 222-0101—Facsimile

Robert F. Scheihing, whose State Bar number and contact information appear in the signature block below, also represents Truck Insurance Exchange in this appeal.

In conclusion, Truck Insurance Exchange respectfully asks the Court to accept this Notice of Appearance and Designation of Lead Appellate Counsel and consider Mr. Hovnatanian as its lead appellate counsel.

1

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    Texas Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

By: */s/ Robert F. Scheihing*
    Robert F. Scheihing
    Texas Bar No. 17736350
    *bscheihing@adamilaw.com*
ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
SWBC Tower
9311 San Pedro Avenue, Suite 900
San Antonio, Texas 78216
210-344-0500 (Telephone)
210-344-7228 (Facsimile)

ATTORNEYS FOR APPELLEE
TRUCK INSURANCE EXCHANGE

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated Notice of Appearance and Designation of Lead Appellate Counsel for appellee Truck Insurance Exchange, contains 119 words.


*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated:  March 27, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appearance and Designation of Lead Appellate Counsel has been forwarded to the individuals listed below, by the method indicated, on this 27th day of March, 2015

Mark L. Kincaid
*mkincaid@gbkh.com*
Elizabeth von Kreisler
*evondkreisler@gbkh.com*
GEORGE BROTHERS KINCAID & HORTON, L.L.P.
114 West 7th Street, Suite 1100
Austin, Texas 78701
512-499-0999 (Telephone)
512-499-0816 (Facsimile)

*(via e-filing and facsimile 512-499-0816)*
*(Attorneys for Appellants)*

Robert F. Scheihing
Texas Bar No. 17736350
*bscheihing@adamilaw.com*
ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
SWBC Tower
9311 San Pedro Avenue, Suite 900
San Antonio, Texas 78216
210-344-0500 (Telephone)
210-344-7228 (Facsimile)

*(via e-filing and email)*
*(Attorneys for Appellee)*

/s/ Levon G. Hovnatanian
Levon G. Hovnatanian